IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERSHAL ROLLINS | : | CIVIL ACTION |
| | : | |
| vs. | : | No. 09-2588 |
| | : | |
| MICHAEL J. ASTRUE | : | |
| *Commissioner of Social Security* | | |

**ORDER**

AND NOW, this 17th day of August, 2010, after consideration of the pleadings and record and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, and Plaintiff having filed no timely objections thereto, it is hereby ORDERED the Report and Recommendation is APPROVED and ADOPTED.

The Clerk of Court is DIRECTED to mark the above-captioned case CLOSED for statistical purposes.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.